UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RANDOLPH SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACQUELYN LACEY, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-1986 R (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including Plaintiff's Request to Proceed In Forma Pauperis, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT IS ORDERED that Plaintiff's Request to Proceed IFP is denied, the Complaint is dismissed, and Judgment shall be entered dismissing this action without prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 22, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE