# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID RANDOLPH SMITH,

           Plaintiff,

    v.

JACQUELYN LACEY, et al.,

           Defendants.

Case No. CV 16-1986 R (SS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: JULY 22, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE